IN THE FOURTH
COURT OF APPEALS
SAN ANTONIO, TEXAS

ABELARDO G. GONZALEZ   1622682
Appellant, Pro-se

§
§
§
§   COA No. 04-15-00529-CR
§
vs.   §
§   COA No. 04-15-00530-CR
§
THE STATE OF TEXAS   §   COA No. 04-15-00531-CR
Appelle   §

## AMENDMENT TO COURT ORDERED REPLY

nOW COME'S Appellant ABELARDO G. GONZALEZ, pro-se in the above mention proceeding's and file's this Amendment to appellant's filing dated Oct. 03, 15 entitled COURT ORDERED REPLY.

### I.
### AMENDMENT

Appellant reserved the right to amend his filing of Oct. 03, 15 on page 4 VIII. AMENDING REPLY and thusfor submitt this filing to be incorporated and considered for all purpose's together with his prior fifling of Oct. 03, 2015.

### II.
### EXHIBITS

The following exhibits are being introduced that where refered to in his Oct. 03, 2015 submission among other's:

3,   Judgment of Conviction by Jury Sheet 657?COA#529
5,   Request for the Preparation of the clerk Record
11,   Letter from coa Clerk showing Appellants wrong address for case 531
12,   Letter from coa Clerl showing Appellants wrong address for case 529
13,   Letter to Trail Court Clerk date 10-5- 2015 to supplement the CR Trecord

1/8

# III.
## COURTS JURISDICTION

Appellant's state's for the record, that he has [N]OT seen the Trial Court CLERK RECORD, after requesting the the record from both the Trail Clerk and the Appellant ClerK, SEE Exhibits 7, 8, 9 and has been prejudice, since without out veiwing he **CAN NOT** do what the Appeal's court want him to do on the ORDER by the Court to submit a letter to the Trial Court to file a supplement record, but nevertheless has filed the following Exhibit 13 with the trial court clerk.

Also Appellant state's the following on the question of this court's jurisdiction: That it appears this court has jurisdiction since the appeal being sought is from the SECOND MOTION TO RECUSE, which is appealable under T.R.Civ. Pro. RULE 18a(j)(1)(A) from **[final judgment]**.

A **final judgment** as been entered in the three proceeding's since a conviction has been made on Jan. 15, 2010 SEE Exhibits 1, 2, 3, Judgment of Conviction sheets, and thusfor has jurisdiction SEE the following:

McKnow v. State, 915 S.W. 2d 842 @161 (Tx.App.—Fort Worth 1996)

Ex parte Shumake, 953 S.W. 2d 842 @844 (Tx.App.—Austin 1997) citing Mcknow

Wright v. State, 969 S.W. 2d 588 @589 (Tx.App.—Dallas 1998) citing Ex parte Shumake

Ex Parte Silva, 963 S.W. 2d 945 @946 (Tx.App.El Paso 1998) citing Workman v State McKnow v State, Ex Parte Shumake

Courson v. State, 996 S.W. 2d 348 @349 (Tx.APP.—Houston[14th Dist.] 1995)

Ex parte Culver 932 S.W. 2d 207 @210 (Tx.App.—El Paso 1996)

Workman v. State, 170 Tex. Crim. 621, 343 S.W.2d 446, @447 (1961)

U.S. v. Truesdale, 211, F.3d, 898 @905 (5th Cir. 2000) citing n.7 Firstier Morgage Co. 498 U.S. 269, 273-74, 111 S.Ct 648, 112 L.Ed, 2d 743 (1991) @651

[T]he above mention Courts of Appeal's, Texas Crim. Court of Appeal. Fifth Cir. and U.S. Supreme Court authorities among others [g]ive jurisdiction to this court to rule on this matter of the Denail of Appellants SECOND MOTION TO RECUSE

**ALTERNATELY,** Appellant asks the Honorable Court, clerk for there assistance which is available under Tex. Rules of Appellant Pro. RULE **34.5(d)** DEFECTS OR INACCURACIES which state's in part:

> [] if the clerk record is defective or inaccrate
> (the appellate clerk) must inform the trial court
> clerk of the defect or inaccuracy and instruct the
> clerk to make the correction.

IT IS IMPORTANT TO STRESS THAT APPELLANT HAS [N]OT SEEN THE RECORD FILED, BUT JUST KNOWS ITS OVER 1000 PAGES LONG IN TWO CASE"S AND CLOSE TO 1000 PAGES LONG ON THE THIRD, thia is not what appellant requested to be filed SEE Exhibit **5.**

## IV.
### PRAYER

Appellant PRAY'S this court not to dimiss the case's but to more forward since this is [N]ot a interlocutory appeal since a conviction has been had and futhermore asks alternately to assist PRO-SE Appellant since he has not veiwed the trial CLERK record can can not ask to correct somethiny that he does not seen thuefore does not know whats wrony.

Respectfully submitted,

Abelardo y. Gonzalez   1622682
C.T. Terrell B-3-40
1300 F.M. 655
Roaharon, Texas   77583
**Appellant, Pro-se**

3/8



**B**

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 49TH DISTRICT |
| | § | |
| V. | § | COURT |
| | § | |
| ABELARDO GERARDO GONZALEZ | § | WEBB COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX05095629 | § | |

## JUDGMENT OF CONVICTION BY JURY

| | | | |
|---|---|---|---|
| Judge Presiding | HON. JOSE A. LOPEZ | Date Judgment Entered | 1/15/2010 |
| Attorney for State | SERGIO LOZANO AND EDWARD NOLEN | Attorney for Defendant | OSCAR PENA, SR. |

Offense for which Defendant Convicted:
**AGGRAVATED ROBBERY F/1-COUNT I AND
ENGAGING IN ORGANIZED CRIMINAL ACTIVITY F/1-COUNT VII**

| | |
|---|---|
| Charging Instrument: **INDICTMENT** | Statute for Offense: **29.03 AND 71.02(a) Penal Code** |
| Date of Offense **12/24/2008** | |
| Degree of Offense: **1ST DEGREE FELONY** | Plea to Offense: **NOT GUILTY** |
| Verdict of Jury **GUILTY** | Findings on Deadly Weapon **N/A** |

| | | | |
|---|---|---|---|
| Plea to 1st Enhancement Paragraph: | N/A | Plea to 2nd Enhancement/Habitual Paragraph: | N/A |
| Findings on 1st Enhancement Paragraph: | N/A | Findings on 2nd Enhancement/Habitual Paragraph: | N/A |

| | | |
|---|---|---|
| Punished Assessed by: **JURY** | Date Sentence Imposed: **1/15/2010** | Date Sentence to Commence: **1/15/2010** |

Punishment and Place of Confinement: **30 YEARS INSTITUTIONAL DIVISION, TDCJ -PER COUNT**

**THIS SENTENCE SHALL RUN CONCURRENTLY.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** .

| Fine | Court Costs | Restitution | Restitution Payable to |
|---|---|---|---|
| $ 10 000.00 PER COUNT | $ 435.00 | $ N/A | ☐ VICTIM (see below)  ☐ AGENCY/AGENT (see below) |

Sex Offender Registration Requirements do not apply to the Defendant. TEX CODE CRIM PROC chapter 62

The age of the victim at the time of the offense was **N/A** .

If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order.

From 2/14/2008 to 3/14/2008    From 1/11/2010 to 1/12/2010    From 1/15/2010 to 1/15/2010

Time Credited.   From    to    From    to    From    to

If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below

**32 DAYS    NOTES: TOWARD INCARCERATION**

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference

This cause was called for trial in    County, Texas. The State appeared by her District Attorney

Counsel / Waiver of Counsel (select one)

☒ Defendant appeared in person with Counsel

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court

It appeared to the Court that Defendant was mentally competent and had pleaded as shown above to the charging instrument. Both parties announced ready for trial. A jury was selected, impaneled, and sworn. The INDICTMENT was read to the jury, and Defendant entered a plea to the charged offense. The Court received the plea and entered it of record.

4/8

**B**
**Ex 3**

TO:      WEBB COUNTY DISTRICT CLERK
         OFFICE OF ESTHER DEGOLLADO

FROM:    ABELARDO G. GONZALEZ   1622682
         Appellate / Pro-se

RE:      **REQUEST FOR THE PREPARATION OF THE**
         **CLERK RECORD FOR APPEAL**

         Trail Cause's No.'s          COA·No/'s
         2008-CRR-0657-D1             04-15-00529-CR
         2008-CRR-0665-D1             04-15-00531-CR
         2008-CRR 0662-D1             04-15-00530-CR

DATE:    SEPT. 2nd, 2015


Dear: CLERK OF THE COURT


        GREETING'S, Now Comes Appellate Abelardo G. Gonzalez pro-se, and respect-fully requests from the District Clerk Office of Esther Degollado for the preparation of the Clerk Record (CR) under T.R.A.P. Rule **34.2** AGREE RECORDED RULE to be presented in the above mention Appeals in the Fourth Court of Appeals in San Antonio, Texas.

        Appellate is only appealing the denial of the SECOND MOTION TO RECUSE ruled on July 16, 2015 by the Honorable Judge David Peeple's of the Fourth Adminstrative Judicial Region file with this Clerk on July 30, 2015.

        Appellate only request's the following item's to be included in the Clerk Record under T.R.A.P. Rule **34.2** AGREE RECORD RULE.

1. Second Motion to Recuse                    Filed on March   1, 2015
2, ALL e mails                                Filed on July    6, 2015
3. ORDER of the Denial of Motion to Recuse    Filed on July    30,2015


        Appellate request the CLERK APPELLATE RECORD be filed timely under T.R.A.P. 35.2 and its the Clerk duty under T.R.A.P. 35.3.  If the Clerk of the court should have any question or concern's regarding this matter please contact Appellate which is allowed under T.R.A.P.

                                        Respectfully submitted,

Please file stamp the                   Abelardo Gonzalez 1622682
enclsoed copy and return                C.T. Terrell B-3-40
it to Appellate in the SASE.            1300 F.M. 655
                                        Rosharon, Texas   77583

                                        Appellatte / Pro-se

5/8                                                            Ex 5



# COURT OF APPEALS

SANDEE BRYAN MARION
CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

September 18, 2015

Isidro R. Alaniz
Webb County District Attorney
1110 Victoria St., Ste. 401
Laredo, TX 78040
* DELIVERED VIA E-MAIL *

Abelardo Gonzalez
#1622682
3001 Emily Dr.
Beeville, TX 78102

RE:   Court of Appeals Number:   04-15-00531-CR
       Trial Court Case Number:   2008CRR000665-D1
       Style: Abelardo Gerardo Gonzalez
           v.
       The State of Texas

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Carmen De Leon
Deputy Clerk, Ext. 53262

Ex 11

2



# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

September 3, 2015

Isidro R. Alaniz
District Attorney - Webb County
1110 Victoria St., Ste. #401
Laredo, TX 78040
* DELIVERED VIA E-MAIL *

Abelardo Gerardo Gonzalez
#1622682
C.T. Terrell B-3-31
1300 F.M. 655
San Antonio, TX 77583

RE:    Court of Appeals Number:   04-15-00529-CR
         Trial Court Case Number:   2008CRR000657-D1
         Style: Abelardo G. Gonzalez
             v.
         The State of Texas

The Clerk's Record in the above styled and numbered cause has this date been filed.

Very truly yours,
KEITH E. HOTTLE, CLERK

Carmen De Leon
Deputy Clerk, Ext. 53262

cc: Esther Degollado (DELIVERED VIA E-MAIL)

7/8

Ex 12

To:    WEBB COUNTY DISTRICT CLERK
        OFFICE OF ESTHER DEGOLLADO

ATTN:  ELSA GALVAN, Supervisior

From:  ABELARDO G. GONZALEZ  1622682
      Appellate, Pro-se

Re:   **REQUEST FOR SUPPLEMENT CLERK**
     **RECORD** under T.R.A.P. RULE **34.5(c)(1)**

      Trial Cause's No.s      COA No.s
      2008-CRR-0657-D1      04-15-00529-CR
      2008-CRR-0665-D1      04-15-00531-CR
      2008-CRR-0662-D1      04-15-00530-CR

Date:  10-05- 2015


Dear Supervisior GALVAN


    Now Comes Appellant Abelardo g. Gonzalez pro-se in the above mention
proceedings and respectfully asks this office to prepare, certify, and file
in the appellant court a supplement clerk record for each of the mention
cause's containing [O]nly the following below mention item's.

    The appellant court has found a defect on the record or is inaccurate,
the appellant court offered no guidance on whats the defect, this request fulls
under T,R.A.P. RULE **34.2 AGREE RECORD RULE,** appellant had made a similar re-
quest on Sept. 2nd and received by the clerk on Sept. 09, 2015.

THIS ITEM"S ARE REQUESTED TO BE INCLUDED:

1. All judgment of Conviction Sheets                  Jan   15, 2015

2. Second Motion to Recuse               filed on   March  6, 2015

3. Refferal Order in form of emails       filed on  July   6, 2015

4. ORDER of the Denial of Motion to Recuse  filed on   July  30, 2015

5. Cer. of right to Appeal


    The record filed by this clerk already was to broad.


                          Respectfully submitted,

                          *Abelardo Gonzalez*

                          Abelardo Gonzalez  **1622682**
                          C.T. Terrell B-3-40
                          1300 F.M. 655
                          Roshaon, Texas 77583
                          **Appellant,Pro-se**

8/8                                              Ex 13



FOURTH COURT OF APPEAL"S

Cadena-Reeves Justice Center

300 Dolorosa, STE 3200

San Antonio, Teaxs    78205-3037